IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES WALDSCHMIDT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　Defendant. | 8:22CV210<br><br>**ORDER** |

　　　　This matter is before the Court on plaintiff's motion for interlocutory appeal. Filing No. 67. Plaintiff agreed that if this Court granted a motion to transfer, the motion would be moot. Plaintiff specifically stated, "[i]f this Court declines to transfer this case to Nebraska, Waldschmidt's motion for an interlocutory appeal should be granted," Filing No. 77 at 8, and "[i]f that motion is granted, then the instant motion to certify an interlocutory appeal can—and should—be denied as moot." Filing No. 67 at 1–2. The Court did in fact effectuate transfer of this case from Colorado, in conjunction with *Grigg v. Union Pacific Railroad Co.*, 4:21-cv-03124, ECF Filing No. 1 (D. Neb.). Filing No. 79. Accordingly, the motion to appeal is moot.

　　　　THEREFORE, IT IS ORDERED THAT plaintiff's motion to appeal, Filing No. 67, is denied as moot.

　　　　Dated this 10th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge