IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES WALDSCHMIDT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>    Defendant. | 8:22CV210<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Objection to the Appointment of a Special Master. Filing No. 128. The objection is sustained, and this case remains assigned solely to Judge Bataillon until a new magistrate judge is assigned. The parties are instructed to contact Judge Bataillon's chambers for any matters previously assigned to Magistrate Judge Bazis, including case progression and discovery. Accordingly,

**IT IS ORDERED:**

1. Filing No. 128 is granted.

2. This case remains assigned solely to Judge Bataillon.

Dated this 29th day of April, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge